# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# BRUNSWICK DIVISION

ERIC WATKINS,

    Plaintiff,

vs.

ANTHONY HAYNES, Warden;
DAVID NEWBOULD; JASON ROGERS;
JOSE FUENTES, KEITH WELLINGTON;
LANCE JAMES; RANDY MILTON;
RICKY DENT; STEEN NILE; TOMMY
CARTER, WESLEY POPWELL;
WILFREDO GODREAU; SHIRLEY
TERRADAS, Psychologist; JERRY
TINCHER Associate Warden;
VELVETE CHARLES; DONALD
HUDSON; GARY JACKSON; and
WENDY McMANUS,

    Defendants.

CIVIL ACTION NO.: CV212-037

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, to which Plaintiff filed Objections. Plaintiff contends that the Court erred by denying his motion to allow him to file a response to Defendants' Motion for Summary Judgment. However, Plaintiff was granted two (2) extensions of time to file a response to the Motion for Summary Judgment and was advised that no further extensions would be granted. (Doc. No. 132; Doc. No. 144, p. 1 n.1). This Court has been exceedingly sympathetic regarding

Plaintiff's living and pecuniary situations and lenient in granting Plaintiff multiple extensions of time to file pleadings in this case, as well as in other cases Plaintiff has filed in this District.

Plaintiff also includes, as part of his Objections, his Response to Defendants' Motion for Summary Judgment, including Plaintiff's affidavit and statement of material facts. This Court's customary practice is not to address contentions raised for the first time in Objections. Williams v. McNeil, 557 F.3d 1287 (11th Cir. 2009). The Court will follow its customary practice and not address Watkins' contentions, particularly in light of the fact that Watkins is doing nothing more than attempting to circumvent the Magistrate Judge's Orders denying Watkins' third Motion for Extension of Time and his Motion to File an out of Time Response. (Doc. Nos. 141, 142).

Watkins' Objections are **overruled**. The Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Defendants' Motion for Summary Judgment is **GRANTED**. Plaintiff's Complaint is **DISMISSED**. The Clerk of Court is directed to enter the appropriate judgment of dismissal.

**SO ORDERED**, this ____ day of _____, 2014.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)